JS - 6

FILED: 3/14/14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA ) <br> ) <br>        Plaintiff, ) <br> )      **CASE NO. 13-2636 GHK (JEMx)** <br>     vs. ) <br> ) <br> COST PLUS, INC., et al ) **ORDER OF DISMISSAL** <br> ) <br>        Defendants. ) <br> _____ ) | |

The parties having gone for mediation on March 10, 2014, and the Court having been advised that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED:   3/14/14                                               /s/ _____
                                                                         GEORGE H. KING
                                                                         CHIEF U. S. DISTRICT JUDGE